**FILED**
October 8, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSEPH LATU, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:15-mj-00191-AC <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Joseph Latu</u>; Case <u>2:15-mj-00191-AC</u> from custody and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of _____

_X_  Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by defendant's fiancee Kathrina Afula

__  Appearance Bond with 10% Deposit

__  Appearance Bond secured by Real Property

__  Corporate Surety Bail Bond

_X_  (Other) <u>Pretrial Supervision/Conditions; **defendant to be released to the custody of Pretrial Services on 10/9/2015 at 9:00 AM.**</u>

Issued at  Sacramento, CA  on _____ 10/8/2015 _____ at 2:55pm.

By _____
Kendall J. Newman
United States Magistrate Judge