UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 8, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:15-mj-00191-AC |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JOSEPH LATU, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Joseph Latu</u>; Case <u>2:15-mj-00191-AC</u> from custody and for the following reasons:

_ Release on Personal Recognizance

_ Bail Posted in the Sum of _____

<u>X</u> Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by defendant's fiancee Kathrina Afula

_ Appearance Bond with 10% Deposit

_ Appearance Bond secured by Real Property

_ Corporate Surety Bail Bond

<u>X</u> (Other) <u>Pretrial Supervision/Conditions</u>; **defendant to be released to the custody of Pretrial Services on 10/9/2015 at 9:00 AM.**

Issued at <u>Sacramento, CA</u> on <u>10/8/2015</u> at 2:55pm.

By _____
Kendall J. Newman
United States Magistrate Judge